# ORDER/COVER SHEET

**TO:** Honorable Nathanael M. Cousins
U.S. Magistrate Judge

**RE:** Luis Quiros

**FROM:** Silvio Lugo, Chief
U.S. Pretrial Services Officer

**Docket No.:** 5:21-cr-00327-LHK-1

**Date:** 12/14/21

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Pepper Friesen                         415-436-7516

U.S. Pretrial Services Officer                **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A. _____

B. _____

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_____

_____

_____

_____      December 14, 2021
**JUDICIAL OFFICER**                 **DATE**